AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ESURANCE INSURANCE SERVICES, INC.,

        Plaintiff,

        v.

ROWDY C. WELCH, an individual, and GENEVA KELLEY, an individual,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-593-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Notice of Voluntary Dismissal (ECF No. 3), judgment of dismissal without prejudice of the Complaint and the claims therein without costs or attorney's fees to any party is entered. Case closed.

| | |
|---|---|
| January 22, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |